UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Joseph J. Barton, Plaintiff | * | |
| | * | C.A. #1:25-cv-0451-LM-TSM |
| v. | * | |
| Town of Whitefield,<br>Marion Anastasia, Superintedent, SAU 36,<br>Chief of Police Maxwell Hodgdon,<br>White Mountain Regional School District and<br>Whitefield Police Department,<br>Defendants | * | |

**Appearance of Counsel**

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: **Town of Whitefield, Whitefield Police Department and Chief of Police Maxwell Hodgdon.**

/s/ Christine Friedman, NH Bar No. 8780 Dated: November 25, 2025

Christine Friedman
Friedman Feeney Getman, PLLC
95 N. State Street, Suite 5
Concord, NH 03301
chris@friedmanfeeney.com
603-736-7683

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this appearance was served on Plaintiff this date via electronic service through ECF.

/S/ Christine Friedman
Christine Friedman

Dated: November 25, 2025