**Section 1 Header**

2026 SESSION

26-2717.0
06/08

HOUSE BILL ***[bill number]***

AN ACT relative to prohibiting all obstructions to public crosswalks.

SPONSORS: [sponsors]

COMMITTEE: [committee]

---

ANALYSIS

This bill prohibits obstruction of public crosswalks, defines qualifying conduct, exempts emergency and authorized closures, and establishes fines for violations.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation: Matter added to current law appears in ***bold italics.***
Matter removed from current law appears [~~in brackets and struckthrough.~~]
Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.

26-2717.0
06/08

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Twenty-Six*

AN ACT relative to prohibiting all obstructions to public crosswalks.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1 New Section; Pedestrians on Roadway. Amend RSA 265 by inserting after section 39 the following new section:

265:39-a Obstruction of Public Crosswalks Prohibited.

I. No person shall willfully or negligently block, obstruct, or otherwise impede the normal operation or accessibility of a public crosswalk.

II. For the purposes of this section, "obstruct" shall include, but not be limited to:

(a) Standing or parking a vehicle in a manner that encroaches upon the crosswalk.

(b) Placing objects, signage, or temporary structures within the boundaries of a marked crosswalk.

(c) Engaging in conduct that prevents or delays pedestrians from safely crossing.

III. This section shall not apply to emergency vehicles or personnel acting in the course of their official duties, or to temporary closures authorized by a municipal or state authority.

IV. Any person who violates this section shall be subject to a fine not to exceed $250 for a first offense, and up to $500 for subsequent offenses.

2 Effective Date. This act shall take effect 60 days after its passage.