* Addendum attached *

# Whitefield Police Department

56 Littleton Road Whitefield, NH 03598
(603) 837-9086

## NOTICE AGAINST TRESPASS

THIS WILL SERVE AS NOTICE AGAINST TRESPASS, UNDER NEW HAMPSHIR LAW, RSA 635:2, A SUBJECT IS GUILTY OF TRESPASS, (CLASS A MISDEMEANOR), IF HE/SHE KNOWINLY ENTERS OR REMAINS;

1. IN ANY SECURE PREMISES
2. IN ANY PLACE IN DEFIANCE OF AN ORDER TO LEAVE OR NOT TO ENTER WHICH WAS PRESONALLY COMMUNICATED TO HIM/HER BY THE OWNER OR OTHER AUTHORIZED PERSON
3. IN ANY PLACE IN DEFIANCE OF ANY COURT ORDER RESTRAINING HIM/HER FROM ENTERING SUCH PLACE SO LONG AS THEY HAVE BEEN PROPERTY NOTIFIED OF SUCH ORDER

THIS NOTICE WILL SERVE AS COMMUNICATION FROM SAID OWNER OR AUTHORIZED PERSON

(#1) marion anastasia

FOR SAID PROPERTY AT: Whitefield Elementary School 34 Twin Mountain Rd, Whitefield, NH, 03598

TO (NAME OF SUBJECT) (#2) Joseph Barton DOB: 11-11-75

I, understand that this notice against trespass will be served on the party (#2), per my request, and will remain in erect for one year or until such time that I personally appear at the Whitefield Police Department and withdraw the trespass order indicating I no longer desire to have this notice against the said party (#2).

Marion Anastasia
Signature of Requesting Party (#1)

10-24-2025
Date

White Mountains Regional School District SAU #36
White Mountains Regional School District
135 Regional Road
Whitefield, New Hampshire 03598
P: 603-837-9363
F: 603-837-2326
commentsandquestions@sau36.org

This letter is to serve as an addendum to the attached trespass notice issued to: **JOSEPH BARTON**

*Mr. Barton is allowed on Whitefield Elementary School grounds for the sole purpose of transporting his child to/from school. Mr. Barton shall follow the WES pick-up and drop-off procedures as outlined by the Whitefield Elementary School administration.*

*Mr. Barton shall, **at no time**, exit his vehicle while on school grounds.*

*Mr. Barton shall, **at no time**, enter the Whitefield Elementary School building.*

______________________________
Signature of acceptance

______________________________
Serving Officer witness

______________________________
Date and time of service