UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Joseph J. Barton, Plaintiff | |
| v. | C.A. #1:25-cv-0451-LM-TSM |
| Town of Whitefield,<br>Marion Anastasia, Superintedent, SAU 36,<br>Chief of Police Maxwell Hodgdon,<br>White Mountain Regional School District and<br>Whitefield Police Department,<br>Defendants | |

## Appearance of Counsel

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: **Town of Whitefield, Whitefield Police Department and Chief of Police Maxwell Hodgdon.**

/s/ David Betancourt, NH Bar No. 15299
Dated: December 15, 2025

David Betancourt
Friedman Feeney Getman, PLLC
95 N. State Street, Suite 5
Concord, NH 03301
DBETANCOURT@FRIEDMANFEENEY.COM
603-688-9994

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this appearance was served on Plaintiff this date via electronic service through ECF.

/S/ David Betancourt Dated: December 15, 2025
David Betancourt