UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOSEPH J. BARTON<br>Plaintiff | |
| v. | C.A. # 1:25-CV-00451-LM-TSM |
| TOWN OF WHITEFIELD, NH et al.<br>Defendants | |

**Defendant's Motion to Dismiss Plaintiff's Complaint**

Now Come defendants the Town of Whitefield, the Whitefield Police Department, and Chief of Police Maxwell Hodgdon (collectively the "Town defendants") by and through their attorneys, Friedman Feeney Getman, PLLC, and pursuant to Fed. Rule Civ. Pro. 12 (b) (6) respectfully move to dismiss the Plaintiff's complaint with reference to the Town defendants for failure to state a claim for which relief can be granted. In support of this motion the Town defendants state as follows:

1. Plaintiff, *pro se,* filed an amended complaint alleging civil rights violations by the Town defendants under 42 U.S.C. § 1983. *Doc 11.* These claims include claims that the Town defendants have violated Plaintiff's First and Fourteenth Amendment rights along with a claim of *Monell* liability.

2. The Town defendants assert that the Plaintiff's complaint (1) fails to establish that the Town defendants have violated any of his constitutional rights and (2)

fails to establish any theory as how the Town defendants have proximately caused injury to the Plaintiff through the promulgation of a municipal policy or custom.

3. The basis for this motion is fully set forth in the attached memorandum of law.

WHEREFORE, the Town defendants respectfully request that this Honorable Court:

a) dismiss Counts I, II, III, IV, V and VII of Plaintiff's amended complaint with respect to the Town defendants;

b) grant such other relief as the Town deems just and equitable.

Respectfully Submitted,
TOWN OF WHITEFIELD
WHITEFIELD POLICE DEPARTMENT
CHIEF MAXWELL HODGDON

By and through his attorneys
Friedman Feeney Getman, PLLC

/s/ David Betancourt, NH Bar No. 15299
David Betancourt
Friedman Feeney Getman, PLLC
95 N. State Street, Suite 5
Concord, NH 03301
dbetancourt@friedmanfeeney.com
603-688-9994

## CERTIFICATE OF SERVICE

A copy of this pleading was served via the CM/ECF portal to all parties of record and emailed on this day to all parties of record.

/s/ David Betancourt