RSA 91-A REQUEST — WHITEFIELD POLICE DEPARTMENT

Date: 12/5/2025

To:
Chief Maxwell Hodgdon
Whitefield Police Department
56 Littleton Road
Whitefield, NH 03598

Re: Right-to-Know Request Under RSA 91-A (Police Records Relating to Joseph J. Barton)

Chief Hodgdon,

Pursuant to RSA 91-A, I respectfully request the following public records maintained by the Whitefield Police Department:

I. RECORDS OF POLICE INTERACTIONS INVOLVING JOSEPH J. BARTON

1. All police reports, dispatch logs, CAD entries, officer notes, internal communications, and incident documentation involving Joseph J. Barton on:
   – October 17, 2025,
   – or any other date where my name appears.

2. Any body camera footage, cruiser camera footage, or audio recordings from the October 17, 2025 interaction or any other interaction involving me.

II. COMMUNICATIONS WITH SAU 36 / WHITEFIELD ELEMENTARY

3. All communications between the Police Department and:
   – Superintendent Marion Anastasia,
   – SAU 36 administrators,
   – Whitefield Elementary School staff,
   referencing:
      • the October 24, 2025 no-trespass order,
      • enforcement instructions,
      • discussions of me or my conduct.

III. RECORDS RELATED TO ENFORCEMENT POLICIES

4. All police department policies, procedures, or memoranda concerning:
   – enforcement of school-issued no-trespass orders,
   – trespass warnings,
   – arrest protocols on school property.

5. All communications discussing how the Police Department interprets or enforces the no-trespass order issued against me.

IV. RECORDS RELATING TO THE OCTOBER 24, 2025 ORDER

6. Copies of any documents the Police Department received from SAU 36 relating to the no-trespass order.

7. Any internal communications regarding how the department intended to enforce the order.

REQUEST FORMAT

Please email the requested records to:
joseph.barton@gc.nh.gov

Under RSA 91-A, a response must be provided within 5 business days.

Respectfully,
Hon. Joseph J. Barton
120 Cottage Street
Littleton, NH 03561

# RSA 91-A REQUEST — TOWN OF WHITEFIELD

Date: 12/5/2025

To:
Town Administrator / Town Clerk
Town of Whitefield
7 Lancaster Road
Whitefield, NH 03598

Re: Right-to-Know Request Under RSA 91-A (Town Records Relating to SAU 36, No-Trespass Order, and Communications Concerning Joseph J. Barton)

To Whom It May Concern:

Pursuant to RSA 91-A, I respectfully request the following public records:

## I. COMMUNICATIONS BETWEEN TOWN OFFICIALS AND SAU 36 / WHITEFIELD ELEMENTARY SCHOOL

1. All communications (emails, texts, memoranda, letters) between:
   – Town Administrator,
   – Selectboard members,
   – any Town official,
and any employee of:
   – SAU 36,
   – Whitefield Elementary School,
   – Superintendent Marion Anastasia,
referencing:
   • "Joseph Barton,"
   • the crosswalk issue,
   • trespass or no-trespass matters,
   • requests for police involvement.

## II. TOWN RECORDS RELATED TO SCHOOL RESOURCE COORDINATION

2. Any documents describing coordination between the Town and SAU 36 regarding:
   – school safety,
   – enforcement of school rules,
   – police roles on school grounds,
   – no-trespass enforcement processes.

## III. RECORDS RELATING TO THE NO-TRESPASS ORDER

3. All Town-held copies of the October 24, 2025 no-trespass order and any related documentation.

**IV. TOWN POLICIES, PROCEDURES, OR PRACTICES**

4. Any Town policies or procedures relating to:
   – trespass enforcement,
   – cooperation with SAU 36,
   – parental access to public or shared-use buildings.

REQUEST FORMAT

Please produce these records electronically to:
joseph.barton@gc.nh.gov

**RSA 91-A:4 requires a response within 5 business days.**

Respectfully,

Hon. Joseph J. Barton
120 Cottage Street
Littleton, NH 03561