FRIEDMAN
FEENEY
GETMAN
PLLC

Christine Friedman, Esq.

December 15, 2025

*Via Email Only*
Joseph J. Barton
joseph.barton@gc.nh.gov

Re: Joseph J. Barton v. Town of Whitefield, Marion Anastasia, Superintedent, SAU 36, Chief of Police Maxwell Hodgdon, White Mountain Regional School District and Whitefield Police Department
Claim Number: GL2025-3048151

Dear Mr. Barton:

For ease of reference, I have copied below your November 28, 2025 & 12.5.25 91A requests, and the responses of the Town of Whitefield and the Whitefield Police Department is inserted in bold.

**91 A Request of 11.28.25**

1. Computer-Aided Dispatch (CAD) logs for October 24, 2025, and the surrounding week, including all entries referencing:
   a. Joseph J. Barton (Plaintiff)
   b. Whitefield Elementary School
   c. Any call-for-service related to trespass, no-trespass enforcement, or disturbances at the school

   **See attached:**

   - **Barton Log entry 10.24.25 1201**
   - **Barton Log entry 10.24.25 1415**

   **Town of Whitefield and the Whitefield Police Department have no other records subject to RSA 91A.**

603.736.7683
www.friedmanfeeney.com
chris@friedmanfeeney.com
95 N. State Street, Suite 5, Concord, NH 03301

2. Call-for-service logs and officer activity sheets for the same dates, including officer assignments, time, location, and notes related to enforcement of the October 24, 2025 no-trespass order.

**Town of Whitefield and the Whitefield Police Department have no such records subject to RSA 91A.**

3. Any police reports, incident reports, or internal memos regarding Plaintiff or the no-trespass order issued October 24, 2025, including supervisory approvals or directives.

**Town of Whitefield and the Whitefield Police Department have no such records subject to RSA 91A.**

4. Any other documentation or electronic records maintained by the Department or Town related to enforcement, monitoring, or threats against Plaintiff on October 24, 2025, or surrounding relevant dates.

**Town of Whitefield and the Whitefield Police Department have no such records subject to RSA 91A.**

**91 A Request of 12.5.25**

<u>I. RECORDS OF POLICE INTERACTIONS INVOLVING JOSEPH J. BARTON</u>

1. All police reports, dispatch logs, CAD entries, officer notes, internal communications, and incident documentation involving Joseph J. Barton on: October 17, 2025, or any other date where my name appears.

**In addition to what was produced above, see attached Barton Complaint dated 10.17.25.**

2. Any body camera footage, cruiser camera footage, or audio recordings from the October 17, 2025 interaction or any other interaction involving me.

**Town of Whitefield and the Whitefield Police Department have no such records subject to RSA 91A.**

II. COMMUNICATIONS WITH SAU 36 / WHITEFIELD ELEMENTARY

3. All communications between the Police Department and: Superintendent Marion Anastasia, SAU 36 administrators, Whitefield Elementary School staff, referencing:

- the October 24, 2025 no-trespass order,
- enforcement instructions,
- discussions of me or my conduct.

**The Town of Whitefield and the Whitefield Police Department have no such public records subject to RSA 91A.**

III. RECORDS RELATED TO ENFORCEMENT POLICIES

4. All police department policies, procedures, or memoranda concerning: enforcement of school-issued no-trespass orders, trespass warnings, arrest protocols on school property.

**Town of Whitefield and the Whitefield Police Department have no such public records subject to RSA 91A.**

5. All communications discussing how the Police Department interprets or enforces the no-trespass order issued against me.

**Town of Whitefield and the Whitefield Police Department have no such public records subject to RSA 91A.**

IV. RECORDS RELATING TO THE OCTOBER 24, 2025 ORDER

6. Copies of any documents the Police Department received from SAU 36 relating to the no-trespass order.

**Town of Whitefield and the Whitefield Police Department have no such records subject to RSA 91A not already produced.**

7. Any internal communications regarding how the department intended to enforce the order.

**Town of Whitefield and the Whitefield Police Department have no such records subject to RSA 91A.**

Very truly yours,

Chris Friedman

Christine Friedman

cc: Adam Mordecai, w/attachments

## CASE INFORMATION

| PD Case # | Report Date / Time | Reported Method | Created By |
|---|---|---|---|
| 2025-003659 | 10/24/2025 12:01 | VIA CAD | DONOVAN, KATHLEEN |
| CAD Incident CFS Type<br>SERVICE / DELIVERY OF PAPERWORK | Agency Incident / Actual CFS Type<br>SERVICE / DELIVERY OF PAPERWORK | Incident: From Date / Time<br>10/24/2025 12:01 | Incident: To Date / Time |
| Address<br>127 REGIONAL RD, WHITEFIELD, NH 03598 | | | |
| CFS Classification<br>ADMINISTRATIVE DUTIES | NIBRS CODE<br>90Z PartB | | |
| UCR Code by CFS Type<br>9076 / SERVICE / DELIVERY OF PAPERWORK | UCR Code | UCR Reviewed Date | UCR Reviewed By |
| UCR Code Review Note | | | |

## SUBJECTS / DEFENDANTS

No record found.

## PD CASE DISPOSITION INFORMATION

| Case Disposition | Closed Date | Closed By | Disposition Note |
|---|---|---|---|
| CLOSED | 10/27/2025 | LASKA, MICHAEL P | ORDER SERVED TO MR. BARTON TRESPASSING HIM FROM WHITEFIELD ELEMENTARY SCHOOL. THE ORDER WAS SIGNED BY THE DISTRICT SUPERINTENDENT AND WAS DECIDED AS A TEAM THAT DUE TO HIS ACTIONS, IT WAS BEST TO TRESPASS MR. BARTON. THE ORDER WAS SERVED TO MY KNOWLEDGE AS MR. BARTON IMMEDIATELY EMAILED SEVERAL INDIVIDUALS STATING THAT HE WANTED A FORMAL RECESSION OF THE ORDER. |

## CASE INFORMATION

| | | | |
|---|---|---|---|
| PD Case #<br>2025-003661 | Report Date / Time<br>10/24/2025 14:15 | Reported Method | Created By<br>HODGDON, MAXWELL |
| CAD Incident CFS Type | Agency Incident / Actual CFS Type<br>ASSIST CITIZEN | Incident: From Date / Time<br>10/24/2025 14:15 | Incident: To Date / Time |
| Address<br>56 LITTLETON RD, WHITEFIELD, NH 03598 | | | |
| CFS Classification<br>PUBLIC SERVICE | NIBRS CODE<br>90Z PartB | | |
| UCR Code by CFS Type<br>7015 / ASSIST CITIZEN | UCR Code | UCR Reviewed Date | UCR Reviewed By |
| UCR Code Review Note | | | |

## SUBJECTS / DEFENDANTS

No record found.

## PD CASE DISPOSITION INFORMATION

| Case Disposition | Closed Date | Closed By | Disposition Note |
|---|---|---|---|
| CLOSED | 10/24/2025 | HODGDON, MAXWELL | BARTON IN TO PROVIDE ME WITH COPIES OF A LETTER HE SENT REGARDING THE ISSUE WITH THE CROSSWALK AT WES. HE FURTHER PROVIDED ME A COPY OF THE LETTER HE SENT TO SAU36 IN REGARD TO A NO TRESPASS ORDER HE RECEIVED. |

# Whitefield Police Department

56 Littleton Road, Whitefield, New Hampshire 03598

Business
603-837-9266

24-Hour
603-837-9086

Fax
603-837-9762

Maxwell Hodgdon
Chief of Police

**Case Number #:** ______________

**STATEMENT FORM**

**NAME:** Alan Joseph BARTON **DOB:** [redacted] **SSN:** [redacted]

**ADDRESS:** 130 Cottage St Littleton NH **TEL:** 267 767 1200

**DATE:** 10/17/25 **TIME:** 1430 **LOCATION:** Whitefield NH

**TAKEN BY:** ______________ **DEPARTMENT:** ______________

**MIRANDA GIVEN: (Check one) YES ( ) NO ( )**

Wes Employees are directing traffic without Authorization as well as blocking (with cones) a public crosswalk in violation of NH RSA 265

**This statement is the truth to the best of my knowledge and belief.**

**Signed,**

[signature]

**Sworn to and subscribed before me, this** 17 **day of** October **, 20**25.

[signature] Yudith [illegible] **Justice of the Peace**

**641:4 False Reports to Law Enforcement.** – A person is guilty of a misdemeanor if he:

I. Knowingly gives or causes to be given false information to any law enforcement officer with the purpose of inducing such officer to believe that another has committed an offense; or

II. Knowingly gives or causes to be given information to any law enforcement officer concerning the commission of an offense, or the danger from an explosive or other dangerous substance, knowing that the offense or danger did not occur or exist or knowing that he has no information relating to the offense or danger.