UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

JOSEPH J. BARTON,

Plaintiff,

v. Docket No. 1:25-cv-00451-LM-TSM

TOWN OF WHITEFIELD, NH, ET AL.,

Defendants.

**DEFENDANTS MARION ANASTASIA AND WHITE MOUNTAINS REGIONAL SCHOOL DISCTRICT (SAU 36)'S MOTION TO DISMISS**

NOW COME Defendants Marion Anastasia ("Superintendent Anastasia") and White Mountains Regional School District (SAU 36) (the "District") (each a "Defendant," and collectively, the "Defendants"), by and through their attorneys Morrison Mahoney LLP, and move pursuant to Rule 12(b)(6) to dismiss all claims asserted against them in Plaintiff's First Amended Complaint ("Amended Complaint"), as more fully set forth in the accompanying Memorandum of Law, stating in support as follows:

1. Even accepting Plaintiff's allegations as true, the Amended Complaint does not plead facts that state a plausible § 1983 claim against either Superintendent Anastasia or the District, because the allegations describe only a safety-related response to Plaintiff's admitted interference with a traffic-control measure on school grounds.

2. Plaintiff's First Amendment retaliation claim (Count I) fails because the Amended Complaint pleads no facts supporting retaliatory intent. It alleges no hostility toward Plaintiff's speech, no link between his emails or complaints and the visitor restriction, and the chronology alleged establishes an obvious, non-retaliatory reason for

the restriction—Plaintiff's admitted removal of a safety cone during student arrival and dismissal.

3. Plaintiff's procedural and substantive due process claim (Count II) fails because he identifies no constitutionally protected liberty or property interest in unrestricted physical access to school grounds, and because allegations concerning educational participation or IEP-related matters fall within the IDEA's administrative framework, which he did not exhaust.

4. Plaintiff's post-filing retaliation claim (Count III) fails for the same reasons as Count I, as the Amended Complaint alleges no new retaliatory act beyond continued enforcement of the previously issued visitor restriction.

5. Plaintiff's equal protection claim (Count IV) fails because the Amended Complaint identifies no similarly situated comparators, alleges no discriminatory intent, and the facts pled reveal an obvious, legitimate basis for the visitor restriction—Plaintiff's interference with a student-safety measure.

6. Plaintiff's *Monell* claim (Count V) fails because the Amended Complaint alleges no District policy or custom, identifies no official with final policymaking authority for visitor-restriction decisions, and fails to allege any underlying constitutional violation.

7. Plaintiff's IDEA claim (Count VI) fails because he did not exhaust IDEA's mandatory administrative procedures and, even if exhaustion were excused, the Amended Complaint does not allege facts showing he was denied the opportunity to participate in his child's IEP process.

8. Count VII for declaratory and injunctive relief is not an independent cause of action and necessarily fails because all underlying constitutional claims fail.

9. Plaintiff's individual-capacity claim against Superintendent Anastasia is barred by qualified immunity because the Amended Complaint alleges no violation of any clearly established constitutional right, and no precedent would have put a reasonable school administrator on notice that issuing a temporary visitor restriction after a safety-related incident was unconstitutional.

***WHEREFORE***, Defendants respectfully request that this Court dismiss all claims asserted against them in Plaintiff's first Amended Complaint, with prejudice, for the reasons stated above and as more fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,

MARION ANASTASIA AND WHITE MOUNTAINS REGIONAL SCHOOL DISCTRICT (SAU 36)

MORRISON MAHONEY LLP

December 16, 2025

By */s/ Adam R. Mordecai*

Adam R. Mordecai, #17727
amordecai@morrisonmahoney.com
R.J. Meurin, #266219
rmeurin@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400
Fax: 603-622-3466

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all Parties and counsel via ECF.

/s/ Adam R. Mordecai
Adam R. Mordecai, #17727