# Exhibit B

Outlook

Re: SAU36 VIOLATION OF LAW

From Marion Anastasia <manastasia@sau36.org>
Date Wed 9/10/2025 1:44 PM
To Joseph Barton <Joseph.Barton@gc.nh.gov>; Jennifer Lemoine <jlemoine@sau36.org>; Mike L. <mlaska@sau36.org>; Rob Scott <robscott@sau36.org>

Caution! This message was sent from outside your organization.

Dear Joseph,
I would like you to provide me with the specific RSA(s) that you are referring to - the school is not on a town highway-
We have the Whitefield Police present on campus who are aware of the traffic; so I am confused about "unlawful practices".
We have a safety committee meeting next week where this will be brought up and addressed.
Also, can you please use your personal email in any further correspondence? I feel that you are using your work email inappropriately- we are out of your Grafton 01 jurisdiction.
Thank you!
Best,
Marion

On Wed, Sep 10, 2025 at 7:46 AM Joseph Barton <Joseph.Barton@gc.nh.gov> wrote:

Marion,

Back in May I sent an information request to Principal Plumley that went unanswered. As the new school year commenced I'm informed that the unlawful practice of blocking/impeding a designated crosswalk is ongoing which violates the RSAs. Additionally, untrained and unauthorized individuals are conducting traffic.

The intermittent daily closing of the crosswalk does not satisfy any of the emergency criterion in the statute. The individuals conducting traffic appear to be employees of the school; no handheld stop signs or High Visibility vests.

I'm requesting that these activities cease, and that a more lawful approach be employed.

1. Have the Local PD direct Traffic during high pedestrian use of the crosswalk.
2. Do NOT close or impede the crosswalk

Although I fully support increased safety during times of high traffic, there's a lawful way to do things, and there's Principal Plumley's way of doing things (which need to be corrected)

In Littleton they have a Police Presence and dedicated Traffic Control at two crosswalks to the elementary school. Traffic yields to pedestrians not the other way around. At the WES, pedestrians are forced to yield to traffic, and you have individuals directing traffic that are untrained, lack the sufficient tools, and finally lack the authority to do.

Please advise me of the course of actions no later than 9/12/25 2:20 PM.

Case 1:25-cv-00451-LM-TSM Document 1-1 Filed 11/10/25 Page 4 of 14


v/r

Hon. Joseph J Barton
Grafton District 1

---

**From:** joebarton <joebarton@comcast.net>
**Sent:** Monday, May 5, 2025 1:49 PM
**To:** Sharal Plumley <splumley@sau36.org>; Joseph Barton <Joseph.Barton@gc.nh.gov>
**Subject:** Re: REMINDERS | Parent pick-up and drop-off

Caution! This message was sent from outside your organization.

Principal Plumley,

I Initially believed the blockage of the crosswalk had something to do with wonter weather from an earlier publication, but now it seems to have become a permanent policy

I request the following information:

1. For what reasons is the main crosswalk blockaded?

2. What law rule or regulation authorizes the blockage, be it permanent or temporary, of the main crosswalk and/or steps?

3. Have any signs been posted indicating the blockages?

4. Please identify any exceptions made regarding bypassing the crosswalk impediments. If none, so state.

V/R

Hon. Joseph J Barton
Grafton 01

On May 5, 2025 at 1:40 PM, Whitefield Elementary School <noreply@sau36.org> wrote:

Good afternoon WES families,

With the start of a new quarter, there will also be staff changes during our dismissal procedure. For parent pick-ups, please display your child's name in the windshield of your vehicle (large enough to read). It appears the warmer weather is here to stay so we ask that you continue to follow the pick-up line procedure and remain in your vehicles. Please avoid parking and walking up to the main

Case 1:25-cv-00451-LM-TSM Document 1-1 Filed 11/10/25 Page 5 of 

entrance at dismissal time. We kindly ask that you pass this message on to family and friends who regularly pick-up your child.

Thank you in advance for your cooperation,

Mrs. Plumley

--

Marion Anastasia, Ed.D.
Superintendent, SAU #36
White Mountains Regional School District
135 Regional Road
Whitefield, NH 03598
(603) 837-9363
www.sau36.org

Confidentiality Notice

The information contained in this communication, including any attachments, is confidential, constitutes privileged communication, and is intended only for the use of the addressee. The information in this e-mail is also protected by the rights afforded under Family Educational Rights and Privacy Act (FERPA) and school district policies. Any unauthorized use, forwarding, distribution, disclosure, printing or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately via return e-mail, and delete any copies of this message immediately.