# Exhibit C

Outlook

**Information Request Regarding DOT Rules; the status or removal of a public crosswalk**

From Joseph Barton <Joseph.Barton@gc.nh.gov>
Date Fri 10/17/2025 6:37 PM
To Stephen.G.Labonte@dot.nh.gov <Stephen.G.Labonte@dot.nh.gov>; William.J.Cass@dot.nh.gov <William.J.Cass@dot.nh.gov>; Lori Korzen <Lori.Korzen@gc.nh.gov>; John Sellers <John.Sellers@gc.nh.gov>; manastasia@sau36.org <manastasia@sau36.org>

William J. Cass, P.E.
Commissioner
New Hampshire Department of Transportation
7 Hazen Drive
P.O. Box 483
Concord, NH 03302-0483

Dear Commissioner Cass,

I'm writing to report an issue and a concern I have regarding the (what I believe to be) unauthorized closure of a public crosswalk (Specifically a written unsigned request not to use it) at Whitefield Elementary School (WES); and unauthorized traffic control and traffic control devices at that crosswalk by WES staff.

I've raised this issue to the Principle, as well as the Superintendent of SAU36 (carbon copied for informational purposes) who asked for the specific statutes I believe to be violated by the school; and I've filed a written complaint with the local police department concerning the following; and I ask for the Department of Transportations opinion and confirmation that:

Elementary School Staff do not have authority to direct traffic under RSA 236:1
Elementary School Staff do not have authority to direct traffic under RSA 265:23
Elementary School Staff do not have authority to direct traffic under RSA 265:3
Elementary School Staff do not have authority to direct traffic under RSA 154:7

RSA 265:35 concerns the right of way of pedestrians in a crosswalk (Pedestrians have the right of way)

RSA 265:36 (I) Requires pedestrians to yield the right of way when NOT using a crosswalk or in this case if the crosswalk use is being improperly interfered with.

As you know, crosswalks play a vital role in ensuring pedestrian safety, with respect to the aforementioned, and with specific consideration regarding LSR 26-2717 I would like to understand the following:

1. Do elementary school staff, principals, superintendents have the authority to create laws rules or regulation, or does that power rest with the Legislature and those granted power by the Legislature?

2. Could the elementary school staff incur Civil Liabilities for such obstructions under RSA 236:39 as the placed impedance cause a defect in the normal operation of the crosswalk?

3. Who has the authority to remove such obstructions under RSA 236:29?

4. Could the removal or closure of the crosswalk constitute an insufficiency that would expose the municipality to liability under NH RSA 231:90-92?

5. Does the closure of a crosswalk violate any due process clause or procedure such as those outlined in US Constitution

6. Is there anything within the Manual on Uniform Traffic Control Devices that provides consistent guidance with the actions taken by Whitefield Elementary School?

7. Has the NH DoT authorized Whitefield Elementary School or its agents to make any such changes as described above?

8. Has the NH DoT itself made any such changes to the crosswalk(s) at Whitefield Elementary School?

9. Is the NH DoT aware of any documented process reflecting the changes to the crosswalk as described above?

10. Does the NH DoT have an opinion on LSR 26-2717?

11. If the local municipality refuses to enforce the provisions of the aforementioned statutes, outside a lawsuit seeking a writ of mandamus and/or declaratory judgment, what other remedies exist to compel compliance?

12. Does the Department have any concerns or any examples of protestors that have improperly blocked Traffic and/or pedestrian access to crosswalks?

I would appreciate receiving any relevant documentation, guidelines, or instructions that provide answers to the aforementioned questions as soon as reasonably possible.

Thank you for your attention to this matter. I look forward to your response and guidance regarding pedestrian safety standards and crosswalk regulations in New Hampshire.

Sincerely,

Hon. Joseph J Barton

Grafton District 1