# Exhibit F

Case 1:25-cv-00451-LM-TSM Document 1-1 Filed 11/10/25 Page 

# State of New Hampshire

HOUSE OF REPRESENTATIVES

# Formal Letter
# Demand for Rescission or Written Justification of No-Trespass Order

Representative Joseph J. Barton
120 Cottage Street
Littleton, New Hampshire 03561
Phone: (603) 969-2706
Email: joseph.barton@gc.nh.gov
Date: October 24, 2025

To:

**Marion Anastasia**
Superintendent, SAU 36 – White Mountains Regional School District
Whitefield Elementary School
34 Twin Mountain Road
Whitefield, NH 03598

**Chief of Police Maxwell Hodgdon**
Whitefield Police Department
7 Lancaster Road
Whitefield, NH 03598

CC:
**White Mountains Regional School Board:**
Robert Loiacono, Chair
Tara Barton-Giles
James Ackerman
Kristen Van Bergen
Herb Randall

**Re: Unlawful and Retaliatory No-Trespass Order – Request for Immediate Rescission or Written Justification**

Dear Superintendent Anastasia, Chief Hodgdon, and School Board Chair Robert Loiacono,

I am writing to formally contest and request the immediate rescission of the no-trespass order issued against me on October 24, 2025, prohibiting my presence at Whitefield

Case 1:25-cv-00451-LM-TSM Document 1-1 Filed 11/10/25 Page 13 of 14


Elementary School and other district properties.

This order was issued without any stated reason, notice, or process, and appears to have been made in retaliation for my recent submissions of:

A Request for Review to the New Hampshire Attorney General's Office; and

Legislative Service Request 26-2717 regarding concerns with the White Mountains Regional School District.

Because this order directly involves the authority of both the school district and the Whitefield Police Department, I am addressing this correspondence to all relevant parties.

**1. Retaliation for Protected Speech**
It is well established that individuals — including parents and elected officials — have a First Amendment right to petition government officials and speak on matters of public concern.
Issuing or enforcing a no-trespass order in direct response to my Request for Review and Legislative Service Request 26-2717 constitutes retaliation for protected activity, in violation of:

• The First Amendment to the U.S. Constitution;
• 42 U.S.C. § 1983, which prohibits retaliation by public officials acting under color of state law; and
• Part I, Article 8 of the New Hampshire Constitution, which guarantees the right to petition and access public bodies.

**2. Lack of Authority and Due Process**
To my knowledge, neither the White Mountains Regional School District nor the Town of Whitefield has any written policy authorizing a superintendent or police department to unilaterally issue a no-trespass order against a parent without notice, a stated reason, or an opportunity to be heard.

This absence of procedure violates due process protections under the Fourteenth Amendment and Part I, Article 15 of the New Hampshire Constitution.
I was given no explanation, no citation of authority, and no appeal process — which renders the order legally and procedurally defective.

**3. Interference with Parental Rights**
The order has the effect of preventing me from:

• Attending my child's IEP meetings and collaborating with educators regarding special education services;
• Picking up my child from school safely and directly; and

Case 1:25-cv-00451-LM-TSM Document 1-1 Filed 11/10/25 Page 14 of 14


• Attending my child's school events and educational activities.

These restrictions directly interfere with my parental rights and duties under RSA 193:1 and related education laws, as well as my federal rights under the Individuals with Disabilities Education Act (IDEA) and the Family Educational Rights and Privacy Act (FERPA).

**4. Requested Action**
Accordingly, I hereby demand that the district and the Whitefield Police Department:

• Immediately rescind the no-trespass order; or
• Provide, in writing within ten (10) business days, the following:
  - The specific statutory or policy authority relied upon for the order;
  - The factual basis or alleged conduct justifying the order;
  - The scope, duration, and enforcement terms of the restriction; and
  - The process available for appeal or review by the School Board or other oversight body.

If I do not receive a lawful justification within ten (10) business days, I will consider this action retaliatory and unlawful and will pursue all available remedies, including filing formal complaints with:

• The New Hampshire Attorney General's Office;
• The New Hampshire Department of Education;
• The U.S. Department of Education Office for Civil Rights (OCR); and
• Federal court under 42 U.S.C. § 1983 for violation of my constitutional rights.

**5. Attachments**
Please find the following attached for your reference:

Attachment A: Copy of the no-trespass order issued on October 24, 2025.
Attachment B: Copy of my Request for Review submitted to the New Hampshire Attorney General's Office.
Attachment C: Copies of prior correspondence and documentation showing my good-faith communications with the district.

I respectfully request acknowledgment of this letter and a written response no later than November 7, 2025.
I reserve all legal rights and remedies.

Sincerely,
Representative Joseph J. Barton
Parent, Whitefield Elementary School Student