UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

JOSEPH J. BARTON,

Plaintiff,

v. Docket No. 1:25-cv-00451-LM-TSM

TOWN OF WHITEFIELD, NH, ET AL.,

Defendants.

**DEFENDANTS MARION ANASTASIA AND WHITE MOUNTAINS REGIONAL SCHOOL DISCTRICT (SAU 36)'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PRESERVATION**

NOW COME Defendants Marion Anastasia ("Superintendent Anastasia") and White Mountains Regional School District (SAU 36) (the "District") (each a "Defendant," and collectively, the "Defendants"), by and through their attorneys Morrison Mahoney LLP, and hereby object to the Plaintiff's motion to compel preservation (Doc. 9). In support thereof, the Defendants states as follows:

1. This matter arises out of Plaintiff's refusal to abide by reasonable safety measures imposed by administrators at the Whitefield Elementary School to direct traffic on school grounds during student drop off. Based upon a pattern of escalating behavior by Plaintiff, including deliberately moving traffic cones and ignoring staff instructions, the District served Plaintiff with a no-trespass order dated October 24, 2025. Plaintiff thereafter initiated this litigation seeking various declarations about the situation and other forms of relief.

2. On November 25, the Plaintiff sent the District an overbroad preservation letter, to which the undersigned replied. *See* Def's Ex. A (email exchange with Plaintiff).

3. On December 4, 2025, before the Defendants had or required to respond to his Complaint, the Plaintiff filed his "motion to compel preservation of evidence."

4. On December 8, 2025, the Plaintiff filed his First Amended Complaint.

5. The demands made by Plaintiff in his pending "motion to compel preservation" are premature, unnecessary, and not supported by law or the circumstances of this case. Defendants therefore object.

6. A memorandum of law more fully articulating the Defendants' arguments in support of this objection is submitted herewith and incorporated by reference.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Deny the Plaintiff's Motion to Compel Preservation; and

B. Grant any other relief it deems just and proper.

Respectfully submitted,

MARION ANASTASIA AND WHITE MOUNTAINS REGIONAL SCHOOL DISCTRICT (SAU 36)

MORRISON MAHONEY LLP

December 17, 2025

By /s/ *Adam R. Mordecai*

Adam R. Mordecai, #17727
amordecai@morrisonmahoney.com
R.J. Meurin, #266219
rmeurin@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400
Fax: 603-622-3466

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all Parties and counsel via ECF.

/s/ Adam R. Mordecai
Adam R. Mordecai, #17727