**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**JOSEPH J. BARTON,**

Plaintiff,

v.

**TOWN OF WHITEFIELD, NEW HAMPSHIRE,** et al.,

Defendants.

No. 1:25-cv-00451-LM-TSM

**NOTICE OF CLARIFICATION REGARDING PRESERVATION**

Plaintiff Joseph J. Barton respectfully submits this brief Notice solely to clarify the record following the filing of additional objections to Plaintiff's Motion to Compel Preservation of Evidence.

While Defendants argue that a preservation order is unnecessary or premature, **none** of the objections filed to date includes a representation or certification that routine deletion practices have been suspended, that custodians or systems have been identified, or that potentially responsive electronically stored information is being preserved.

This Notice is submitted for the Court's awareness only and is not intended to reopen briefing or seek additional relief.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing "Notice of Clarification Regarding Preservation" was served via the Court's CM/ECF system upon all counsel of record.

Dated: December 18, 2025

/s/ Joseph J. Barton

JOSEPH J. BARTON, Pro Se