**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **JOSEPH J. BARTON,**<br><br>Plaintiff,<br><br>v.<br><br>**TOWN OF WHITEFIELD, NEW HAMPSHIRE,** et al.,<br><br>Defendants. | No. 1:25-cv-00451-LM-TSM |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure **15(a)(2)**, Plaintiff Joseph J. Barton respectfully moves for leave to file the attached Second Amended Complaint.

## INTRODUCTION

This motion is filed in response to Defendants' pending Motion to Dismiss. The proposed Second Amended Complaint clarifies Defendants' respective roles in the enforcement and ratification of the challenged no-trespass order, pleads denial of post-deprivation procedural due process with greater specificity, and alleges continuing harm. The amendment does not expand the scope of the case and is sought at an early stage of the proceedings, before discovery has commenced.

## LEGAL STANDARD

Federal Rule of Civil Procedure **15(a)(2)** provides that leave to amend should be freely given when justice so requires. The First Circuit has repeatedly emphasized that motions for leave to amend should ordinarily be granted absent undue delay, bad faith, futility, or undue prejudice to the opposing party.

## ARGUMENT

### I. The Amendment Is Timely and Made in Good Faith

Plaintiff seeks leave to amend promptly after Defendants filed their Motion to Dismiss. The proposed amendment is not the product of undue delay or bad faith. Rather, it is intended to clarify the pleadings and to address issues raised by Defendants in their dismissal motion.

### II. The Amendment Responds Directly to the Motion to Dismiss

The proposed Second Amended Complaint responds directly to Defendants' arguments by clarifying enforcement conduct, municipal ratification, and the denial of state created post-deprivation procedures. Granting leave to amend will promote efficiency, may narrow the issues presented by the Motion to Dismiss, and will allow the case to proceed on a clarified pleading. The proposed amendment is not futile, as it cures pleading deficiencies identified in Defendants' Motion to Dismiss and states plausible claims for relief under Rule 12(b)(6).

III. Defendants Will Suffer No Prejudice

This case remains in its earliest stages, no scheduling order has been issued, and no discovery has commenced. No discovery has occurred, and Defendants will have a full opportunity to respond to the amended pleading if leave is granted. Allowing amendment will not impose undue prejudice on Defendants.

**CONCLUSION**

Plaintiff is proceeding pro se. Plaintiff did not seek concurrence in advance of filing this motion, as Defendants have filed a Motion to Dismiss and oppose amendment, and seeking concurrence would be futile.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the Second Amended Complaint attached hereto as **Exhibit AA**.

Respectfully submitted,

Dated: December 27, 2025

/s/ Joseph J. Barton

JOSEPH J. BARTON, Pro Se
120 Cottage Street, Suite 1
Littleton, NH 03561
(603) 969-2706
joseph.barton@gc.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Motion for Leave to File Second Amended Complaint was served via the Court's CM/ECF system upon all counsel of record.

Dated: December 27, 2025

/s/ Joseph J. Barton

__________________________________

JOSEPH J. BARTON, Pro Se