State of New Hampshire

HOUSE OF REPRESENTATIVES

# FORMAL REQUEST FOR HEARING

Representative Joseph J. Barton
120 Cottage Street
Littleton, New Hampshire 03561
Phone: (603) 969-2706
Email: joseph.barton@gc.nh.gov
Date: December 9, 2025

To: **White Mountains Regional School Board:**
Robert Loiacono, Chair
Tara Barton-Giles
James Ackerman
Kristen Van Bergen
Herb Randall

**Date: 12/9/2025**

Via Email

SAU 36 / White Mountains Regional School Board
Attn: **Chair Robert Loiacono**
White Mountains Regional School District (SAU 36)
34 Twin Mountain Road
Whitefield, NH 03598

Re: Formal Request for Hearing Under Ed 204.01(a)(1)
Regarding October 24, 2025 No-Trespass Order

Dear Chair Loiacono and Members of the SAU 36 School Board,

Pursuant to Ed 204.01(a)(1) of the New Hampshire Department of Education rules, I hereby formally request a hearing before the SAU 36 School Board regarding the no-trespass order issued against me on October 24, 2025, barring my presence from Whitefield Elementary School and other district properties.

---

I. Basis for Hearing Request Under Ed 204.01(a)(1)

Ed 204.01(a)(1) provides that a local school board "shall provide opportunity for a hearing when the legal rights, duties, or privileges of a party are threatened." The no-trespass order at issue directly affects and threatens my:

1. Legal rights and duties as a parent, including participation in my child's education, attendance at IEP meetings, and access to school activities;
2. Access to public school facilities as a member of the community; and
3. Constitutional and statutory rights, including those protected under RSA 193:1 and related education laws.

The order was issued administratively by district personnel, outside of any publicly noticed school board meeting, vote, or hearing, and without any identified local appeal mechanism. To date, I have not been afforded an opportunity to be heard before the Board regarding this action.

---

## II. Prior Correspondence

On October 24, 2025, I transmitted a formal demand for rescission or written justification of the no-trespass order to Superintendent Marion Anastasia and Chief of Police Maxwell Hodgdon, with the SAU 36 School Board copied. In that letter, I contested the order as unlawful and retaliatory and requested identification of any process for review or appeal by the Board.

No hearing has yet been scheduled, and the Board has not issued any written decision regarding the validity or continuation of the no-trespass order.

---

## III. Request for Board Action

In light of the above, and consistent with the clarification recently provided by the New Hampshire Department of Education regarding the intended operation of Ed 204.01 and the State Board's oversight authority under RSA 21-N:11, III, I respectfully request that the SAU 36 School Board:

1. Formally docket this matter as a request for hearing under Ed 204.01(a)(1);
2. Schedule and provide a hearing at which I may present evidence and argument concerning the no-trespass order and its impact on my rights and privileges; and
3. Issue a written decision following the hearing, as contemplated by Ed 204.01(g), setting forth the Board's findings and conclusions regarding the lawfulness and reasonableness of the no-trespass order.

Given that the order remains in effect and continues to restrict my ability to participate in my child's education and access district property, I respectfully request that the hearing be scheduled at the earliest practical opportunity, whether at a regular meeting or a duly noticed special meeting.

IV. Notice and Documentation

Please confirm in writing:

- The date, time, and location of the hearing;
- Any procedural expectations the Board has for the presentation of evidence or witnesses; and
- The deadline and method for submission of any exhibits or written materials in advance of the hearing.

If the Board declines to provide the hearing opportunity required by Ed 204.01(a)(1), or fails to act within a reasonable time, please consider this letter part of the record for any further review by the New Hampshire Department of Education and the State Board of Education.

I appreciate your attention to this matter and your willingness to ensure that district actions affecting the rights and privileges of parents and community members are subject to appropriate Board review and due process.

Additionally I expect the District to fully comply with my information requests submitted under the authority of 91A.

Respectfully submitted,

/s/ Joseph J Barton

Hon. Joseph J. Barton
Parent of a Whitefield Elementary School Student
120 Cottage Street
Littleton, NH 03561
(603) 969-2706
joseph.barton@gc.nh.gov