**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **JOSEPH J. BARTON,**<br><br>Plaintiff,<br><br>v.<br><br>**TOWN OF WHITEFIELD, NEW HAMPSHIRE,** et al.,<br><br>Defendants. | No. 1:25-cv-00451-LM-TSM |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, respectfully submits this Reply to the Objection filed by Defendants Town of Whitefield, Whitefield Police Department, and Chief Hodgdon (Doc. 26).

Under Federal Rule of Civil Procedure 15(a)(2), leave to amend "*shall be freely given when justice so requires*." Denial is appropriate only where the proposed amendment would be futile, meaning that it would be subject to dismissal as a matter of law. *Glassman v. Computervision Corp.*, 90 F.3d 617, 623 (1st Cir. 1996). The burden of demonstrating futility rests with the objecting party.

Defendants' objections rest almost entirely on the legally erroneous premise that because Plaintiff was not arrested or formally charged, he suffered no constitutional injury and therefore no viable claim exists against the Town defendants. As set forth in the accompanying **Memorandum of Law in Support of Motion for Leave to Amend**, that premise is contrary to controlling Supreme Court and First Circuit authority.

Plaintiff's **Second Amended Complaint** alleges that Town police officers enforced a no-trespass order against him on public school property by threatening arrest if he returned, without notice, hearing, findings, or any avenue of appeal. The allegations, taken as true, state claims for:

- First Amendment retaliation and chilling of protected activity
- Procedural due process violations
- Equal protection through selective enforcement

Because at least one of these theories is legally sufficient, amendment cannot be denied as futile. Rule 15 does not permit a court to resolve disputed facts, weigh evidence, or apply heightened pleading standards at the amendment stage.

For the reasons set forth in the accompanying Memorandum of Law, Defendants have not met their heavy burden of establishing futility, and Plaintiff's Motion for Leave to File Second Amended Complaint should be granted.

**WHEREFORE**, Plaintiff respectfully requests that the Court overrule Defendants' objections and grant leave to file the Second Amended Complaint.

Respectfully submitted,

Dated: January 9, 2026

/s/ Joseph J. Barton

JOSEPH J. BARTON, Pro Se
120 Cottage Street, Suite 1
Littleton, NH 03561
(603) 969-2706
joseph.barton@gc.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Motion for Leave to File Second Amended Complaint was served via the Court's CM/ECF system upon all counsel of record.

Dated: January 9th, 2026

/s/ Joseph J. Barton
___________________________________
JOSEPH J. BARTON, Pro Se