**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **JOSEPH J. BARTON,**<br><br>Plaintiff,<br><br>v.<br><br>**TOWN OF WHITEFIELD, NEW HAMPSHIRE,** et al.,<br><br>Defendants. | No. 1:25-cv-00451-LM-TSM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Joseph J. Barton respectfully submits this Notice of Supplemental Authority to advise the Court of a recent state administrative adjudicative development relevant to Plaintiff's pending procedural due process claims.

On **February 6, 2026**, a Hearing Officer for the New Hampshire State Board of Education issued a **Report and Recommendation** in *Barton v. White Mountains Regional School District*, SB-FY-26-12-014. In that Report and Recommendation, the Hearing Officer concluded, inter alia, that:

1. The actions of the school district threatened Plaintiff's legal rights, duties, or privileges as a parent;
2. The matter constituted a "contested case" under New Hampshire administrative law; and
3. The local school district denied Plaintiff an opportunity for a hearing and **failed** to provide constitutionally adequate due process at the local level.

The Hearing Officer further recommended corrective action under state law. The Report and Recommendation is presently subject to review by the New Hampshire State Board of Education pursuant to state administrative procedures and is not a final agency decision.

Plaintiff submits this authority **solely for the limited purpose** of informing the Court that an independent state adjudicator has determined on the existing record that Plaintiff was denied procedurally adequate process at the local level. Plaintiff does not assert issue preclusion, claim finality, or request judicial adoption of the Report and Recommendation. Rather, the document is offered as persuasive and contextual authority relevant to the Court's evaluation of Plaintiff's federal procedural due process claims and the adequacy of state-level remedies.

A copy of the Report and Recommendation is attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: February 10, 2026

/s/ Joseph J. Barton

______________________________

JOSEPH J. BARTON, Pro Se
120 Cottage Street, Suite 1
Littleton, NH 03561
(603) 969-2706
joseph.barton@gc.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Supplemental Authority was served via the Court's CM/ECF system upon all counsel of record.

Dated: February 10, 2026

/s/ Joseph J. Barton

______________________________

JOSEPH J. BARTON, Pro Se