UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joseph J. Barton

    v.                                                      Case No. 25-CV-451-LM

Whitefield, NH, Town o

ORDER

    After due consideration of the objection and supporting documents filed (Doc. Nos. 8 and 10), I herewith approve the Report and Recommendation of Magistrate Talesha L. Saint-Marc dated November 25, 2025. For the reasons explained therein, plaintiff's motion for a TRO (Doc. No. 4), is denied without prejudice to Mr. Barton's ability to seek such relief in the future as warranted.

_____
Landya B. McCafferty
United States District Judge

Date: February 11, 2026

cc:   Joseph J. Barton, pro se
       Counsel of Record