**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **JOSEPH J. BARTON,**<br><br>Plaintiff,<br><br>v.<br><br>**TOWN OF WHITEFIELD, NEW HAMPSHIRE,** et al.,<br><br>Defendants. | No. 1:25-cv-00451-LM-TSM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**(Final Administrative Decision)**

Plaintiff Joseph J. Barton respectfully submits this Supplemental Notice of Authority to inform the Court of a **final administrative decision** issued after Plaintiff's prior Notice of Supplemental Authority (Doc. 28).

On March 19, 2026, the New Hampshire State Board of Education issued a **Final Order** in *Parent v. White Mountains Regional School Board*, SB-FY-26-12-014. A copy of the Final Order is attached as **Exhibit AB**.

In that Final Order, the State Board:

1. Ordered the local school board to grant Plaintiff's request for a hearing regarding the no-trespass notice;
2. Denied the school district's motion to dismiss; and
3. Adopted the Hearing Officer's findings that the no-trespass order affected Plaintiff's legal rights and triggered the requirement for a hearing under Ed 204.01.

This Final Order supersedes the previously submitted Hearing Officer Report and Recommendation and constitutes the State Board's final adjudicative determination on the issues

presented in that administrative proceeding.

This authority is directly relevant to Defendants' arguments that Plaintiff has not alleged the deprivation of a protected liberty or property interest and that no constitutionally required process was implicated.

The State Board's Final Order confirms that:

- Plaintiff's rights as a parent were sufficiently implicated to require formal process; and
- Plaintiff was denied that process at the local level despite invoking it.

Plaintiff submits this authority for the Court's consideration in connection with the pending motions, including Defendants' motions to dismiss and objections related to the sufficiency of Plaintiff's procedural due process claims.

Plaintiff does not seek to amend the pleadings or assert issue preclusion through this filing, but provides this final adjudicative determination as relevant authority bearing on issues already before the Court.

**WHEREFORE**, Plaintiff respectfully submits this Supplemental Notice of Authority.

/s/ Joseph J. Barton
JOSEPH J. BARTON, Pro Se
120 Cottage Street, Suite 1
Littleton, NH 03561
(603) 969-2706
joseph.barton@gc.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Supplemental Authority was served via the Court's CM/ECF system upon all counsel of record.

Dated: March 20, 2026

/s/ Joseph J. Barton
JOSEPH J. BARTON, Pro Se