**Ken Garry**
Middleton

**Ann Lane**
Dover

**Phil Nazzaro**
Newmarket

**Drew Cline,** *Chair*
Bedford

**Rajesh Nair**
Nashua

**Jim Fricchione**
Windham

**Jim Laboe**
Hopkinton

STATE OF NEW HAMPSHIRE
**STATE BOARD OF EDUCATION**
**25 Hall Street**
**Concord, NH 03301**
**TEL. (603) 271-3144**

March 19, 2026

(*sent via electronic mail only*)

Hon. Joseph Barton (Joseph.Barton@gc.nh.gov)
Diane Gorrow, Esq. (gorrow@soulefirm.com)
Marion Anastasia, Ed.D. (manastasia@sau36.org)
Robert Loiacono, Chair (rloiacono@sau36.org)

RE: **Parent/White Mountain Regional School Board – SB-FY-26-12-014**

Dear Parties:

Enclosed is a final order of the State Board of Education's March 12, 2026 decision regarding the above referenced matter.

Sincerely,

Drew Cline, Chair
State Board of Education

Attachment

**Ken Garry**
Middleton

**Ann Lane**
Dover

**Phil Nazzaro**
Newmarket

**Drew Cline,** *Chair*
Bedford

**Rajesh Nair**
Nashua

**Jim Fricchione**
Windham

**Jim Laboe**
Hopkinton

STATE OF NEW HAMPSHIRE
**STATE BOARD OF EDUCATION**
**25 Hall Street**
**Concord, NH 03301**
**TEL. (603) 271-3144**

# Parent/White Mountain Regional School Board SB-FY-26-12-014

## Final Order

The New Hampshire State Board of Education, at its regular meeting held on Thursday, March 12, 2026, voted to accept the Hearing Officer's Report and adopt the Hearing Officer's Recommendation.

**ORDER**

**The New Hampshire State Board of Education:**

1. Order the local school board to grant the parent's request for a hearing and conduct a hearing on the no-trespass notice that complies with state laws;

2. Deny the school's motion to dismiss.

3. Deny the parent's motions to strike and for sanctions.

So ordered this 19th day of March, 2026.