**Marion Anastasia <manastasia@sau36.org>**

# ML RTK emails

1 message

**Marion Anastasia** <manastasia@sau36.org> Tue, Dec 30, 2025 at 1:01 PM
To: Marion Anastasia <Manastasia@sau36.org>

--

Marion Anastasia, Ed.D.
Superintendent, SAU #36
White Mountains Regional School District
135 Regional Road
Whitefield, NH 03598
(603) 837-9363
www.sau36.org

---------- Forwarded message ----------
From: "Mike L." <mlaska@sau36.org>
To: Rob Scott <robscott@sau36.org>, Marion Anastasia <manastasia@sau36.org>, Sharal Plumley <splumley@sau36.org>, Jennifer Lemoine <jlemoine@sau36.org>, Maxwell Hodgdon <mhodgdon@whitefieldnhpd.gov>
Cc:
Bcc:
Date: Fri, 7 Nov 2025 08:11:22 -0500
Subject: Barton legal issue
Good morning,

I did some digging. Going forward, you were right on the money Mr. Scott. HB 143 was signed and passed on 08/11/2025, going into effect 60 days after it was passed which would make the first week of October and we issued the order AFTER this was in effect. So, he is afforded due process in either a public or nonpublic session at HIS discretion. So, we can still re-issue the order and it will ultimately be the board's decision to uphold the order, however, you just have to go through the hoops.

see D.Gorrow interpretation

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Twenty Five*

AN ACT relative to the issuance of no trespass orders on municipal or school district property.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1 New Section; Criminal Trespass; Order Against Trespass on Public Property. Amend RSA 635 by inserting after section 2 the following new section:

635:2-a Order Against Trespass on Public Property.

I. An order to leave or not enter any municipal or school district property shall not be issued to any person unless approved by a unanimous vote of the governing body in a duly noticed public meeting. The person subject to the order shall have the right to a hearing with the governing body, in a non-public session or public session at the

election of the person, before any such vote by the governing body. The person may appeal the decision to approve such an order by the governing body to the superior court.

II. Governing body approval shall not be required for such an order when a court order restraining a person from entering the public property has been issued to the person and remains in effect.

2 Effective Date. This act shall take effect 60 days after its passage.

--

**Officer M. Laska**
WMRHS Resource Officer
*Certified Social Media Intelligence Analyst*
Whitefield Police Department
Ph. 603-837-9086

Confidentiality Notice

The information contained in this communication, including any attachments, is confidential, constitutes privileged communication, and is intended only for the use of the addressee. The information in this e-mail is also protected by the rights afforded under Family Educational Rights and Privacy Act (FERPA) and school district policies. Any unauthorized use, forwarding, distribution, disclosure, printing or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately via return e-mail, and delete any copies of this message immediately.

---------- Forwarded message ---------
From: "Mike L." <mlaska@sau36.org>
To: Marion Anastasia <manastasia@sau36.org>, Rob Scott <robscott@sau36.org>, Jennifer Lemoine <jlemoine@sau36.org>, Sharal Plumley <splumley@sau36.org>, Michael Cronin <mcronin@sau36.org>, Maxwell Hodgdon <mhodgdon@whitefieldnhpd.gov>
Cc:
Bcc:
Date: Fri, 24 Oct 2025 11:40:59 -0400
Subject: Barton update
Greetings,

Chief Hodgdon is on this email thread so we are all on the same page. The chief informed me that Mr. Barton has made an official complaint to the New Hampshire DOJ along with Police Standards and Training Council concerning me telling Mr. Barton that he could be arrested for some of his actions. Needless to say, he is ratcheting up.

Attached is the trespass order Dr. Anastasia had signed. The order is currently in the hands of Littleton PD. I am awaiting the word that he has been served.

With all of this said, if anyone has any communication with Mr.Barton going forward, it's best we document it. If it's something threatening or noteworthy, let Jenn or I know and we will start a "call for service" to document the interactions.

Thanks!

--

**Officer M. Laska**
WMRHS Resource Officer
*Certified Social Media Intelligence Analyst*
Whitefield Police Department
Ph. 603-837-9086