UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joseph J. Barton

v. Case No. 25-cv-451-LM-TSM

Whitefield, NH, Town of

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 1, 2026. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The motion to compel (document 9) is denied, and the motion to amend (document 20) is granted. The Plaintiff shall file his second amended complaint within 5 days of this order. The defendants' motions to dismiss (documents 15 and 17) are denied without prejudice.

Landya B. McCafferty
United States District Judge

Date: August 14, 2026

cc: Joseph J. Barton, pro se
Counsel of Record