WHITE MOUNTAINS REGIONAL SCHOOL DISTRICT
135 Regional Road, Whitefield, NH 03598 | Phone 603-837-9363 | www.sau36.org

COPY

August 18, 2026

Whitefield Police Department
56 Littleton Road
Whitefield, NH 03598

**RE: Joseph Barton – Notice Against Trespass and Addendum – Issued October 24, 2025**

Dear Chief Hodgdon:

This letter serves as formal notification that, at its meeting on August 13, 2026, the White Mountains Regional School Board authorized Superintendent Robert Scott to rescind the existing Notice Against Trespass and accompanying Addendum issued to Mr. Joseph Barton concerning Whitefield Elementary School.

Pursuant to that authorization, I am hereby rescinding the Notice Against Trespass and its Addendum in their entirety, effective August 30, 2026. Accordingly, the restrictions contained in those documents will no longer be in effect.

The School Board placed no special conditions or restrictions upon the rescinding of the Notice Against Trespass. Mr. Barton may access Whitefield Elementary School and other District property in the same manner as other parents, guardians, and members of the public, subject to his compliance with all applicable White Mountains Regional School District policies, procedures, rules, and expectations governing conduct and access to school property.

Please update the Whitefield Police Department's records accordingly to reflect that the Notice Against Trespass and accompanying Addendum concerning Mr. Barton are no longer in effect.

Thank you for your assistance. Please contact me if you require any additional documentation or clarification regarding the School Board's action.

Sincerely,

Robert Scott
Superintendent

WHITE MOUNTAINS REGIONAL SCHOOL DISTRICT
135 Regional Road, Whitefield, NH 03598 | Phone 603-837-9363 | www.sau36.org

**ACKNOWLEDGMENT OF RECEIPT AND NOTIFICATION**
**Rescinding of Notice Against Trespass – Joseph Barton**

This document confirms that the Whitefield Police Department has received written notification from the White Mountains Regional School District that the Notice Against Trespass and accompanying Addendum issued to Mr. Joseph Barton concerning Whitefield Elementary School have been rescinded, effective August 30, 2026.

By signing below, the Chief of Police acknowledges that the Whitefield Police Department has received the District's written notification.

This acknowledgment is intended solely to document receipt and notification and does not require the Whitefield Police Department to approve or otherwise take responsibility for the School Board's action.

Acknowledged by: [signature] Date: 8/18/26
Maxwell Hodgdon, Whitefield Chief of Police

Acknowledged by: [signature] Date: 8/18/26
Robert Scott, SAU 36 Superintendent

Witnessed by: [signature] Date: 8/18/26
Signature of Witness

Michael [illegible] Town administrator
Printed Name and Title of Witness