UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Joseph J. Barton, Plaintiff | * | |
| | * | C.A. #1:25-cv-0451-LM-TSM |
| v. | * | |
| Town of Whitefield, Marion Anastasia, Superintendent, SAU 36, Chief of Police Maxwell Hodgdon, in his individual and official capacities, White Mountain Regional School District and Whitefield Police Department, Defendants | * | |

**Defendants' Motion to Dismiss Second Amended Complaint (Doc. No. 34)**

Now come the Town of Whitefield (hereinafter "the Town") and Chief of Police Maxwell Hodgdon (hereinafter, collectively, "the Whitefield Defendants") and respectfully move this Honorable Court, pursuant to Fed. Rule Civ. Pro. 12 (b) (6), to dismiss the claims against them asserted in Plaintiff's Second Amended Complaint (Doc. No. 34, hereinafter "SAC") because it fails to state viable claims against them.

1. Plaintiff, *pro se*, filed his Second Amended Complaint alleging civil rights violations by the Whitefield Defendants under 42 U.S.C. § 1983. These claims include claims that the Whitefield Defendants have violated Plaintiff's First and Fourteenth Amendment rights along with a claim of *Monell* liability.

2. The Whitefield Defendants assert that the Plaintiff's complaint (1) fails to allege facts which establish that the Town defendants have violated any of his constitutional rights and (2) fails to allege a viable legal claim against either of the Whitefield Defendants.

3. The basis for this motion is fully set forth in the attached memorandum of law.

WHEREFORE, Defendants request that this honorable Court:

A. Dismiss all claims against them; and

B. Grant all such other relief as this Court deems just and equitable.

Respectfully Submitted,
Town of Whitefield, Whitefield Police Department and Chief of Police Maxwell Hodgdon
By their Attorneys,
Friedman Feeney Getman, PLLC

/s/ Christine Friedman, NH Bar No. 8780 Dated: August 31, 2026
Christine Friedman
Friedman Feeney Getman, PLLC
95 N. State Street, Suite 5
Concord, NH 03301
chris@friedmanfeeney.com
603-736-7683

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served on the following persons on this date and in the manner specified herein: Electronically Served through ECF.

/s/ Christine Friedman Dated: August 31, 2026
Christine Friedman