NEW HAMPSHIRE STATE BOARD OF EDUCATION

SB-FY-26-05-022

# APPELLANT'S EXHIBIT SBE-51

Selected Transcript Excerpts - Laska and Anastasia

Selected excerpts from Appellant's working transcript of the May 14, 2026 local hearing. The complete local-hearing recording is separately designated as SBE-47.

**Limited Purpose:** Offered only as to police-school coordination, team decision-making, lack of objective safety/threat assessment, witness reliability, and prejudice from restricted examination.

## A. Laska confirms group decision / team decision

BARTON: [05:41:02] Okay. And the decision to issue the no trespass order, that was part of a group decision?

LASKA: Yes, it was.

BARTON: All right. In fact, there is a CAD record that indicates that it was decided as a team?

LASKA: ... Yeah, I remember writing this. It already looks familiar. ... team decision. Yep, decided as a team. Correct.

BARTON: Okay. And you were part of that team?

LASKA: Yes, sir.

BARTON: Okay. You didn't make an independent decision to issue the order on your own, correct?

LASKA: No.

## B. Laska threat-assessment exchange

BARTON: [05:41:02] Okay. ... You didn't conduct a threat assessment, uh, before issuing the order?

LASKA: Uh, why would I do that?

BARTON: I don't know. I'm just asking you if you did.

LASKA: What's a threat assessment?

BARTON: Okay. So, no.

LASKA: What's a threat assessment?

BARTON: ... if you don't know, ... you can just say I don't know. I don't know if I conducted a threat assessment.

LASKA: Again, I just I don't know what that is.

## C. Anastasia reliance / no Appellant position before issuance

ANASTASIA: We convene as a team and heads begin our discussion.

BARTON: ... And you testified that this was a team effort. But were you the ultimate ... authority ...

ANASTASIA: [06:29:32] They asked me to sign it. They said, "Will you sign it?"

BARTON: [06:29:35] Okay. So you based your decision on staff. Did you consider maybe getting my position or getting my position?

ANASTASIA: [06:29:46] No.