NEW HAMPSHIRE STATE BOARD OF EDUCATION

SB-FY-26-05-022

# APPELLANT'S EXHIBIT SBE-52

Selected Transcript Excerpts - Plumley, Dubreuil, Hearsay, Sequestration, and Traffic-Control Evidence

Selected excerpts from Appellant's working transcript of the May 14, 2026 local hearing. The complete local-hearing recording is separately designated as SBE-47.

**Limited Purpose:** Offered only as to lack of first-hand knowledge, witness reliability, possible sequestration issue, staff traffic-control conduct, and the weight of subjective/speculative testimony.

## A. Plumley testimony based on what another staff member reported

PLUMLEY: This is Steph Potter. She's not typically on this duty. ... I was able to meet with Mrs. Potter and asked her about this interaction. ... What she told me is that Mr. Barton had approached her.

BARTON: Objection, hearsay.

PLUMLEY: What she reported to me was that Mr. Barton had told her that what she was doing was illegal. And you couldn't block a cross walk. And her response was I'm typically not on this duty. I'm doing what I was told. ...

BARTON: [04:41:45] Yeah, again hearsay, the district could have produced that witness, correct? But chose not to.

## B. Possible sequestration issue - reference to D'Agnese as having testified earlier

PLUMLEY: [04:37:23] Nicole D'Agnese, who testified earlier, is typically on this duty and so she placed the cones, which is what she typically does.

## C. Plumley traffic/crosswalk testimony

PLUMLEY: ... what she stated was that there was comment about traffic needing to yield to pedestrians and not the other way around. ... to me that is concerning ... it appears that out of spite he's going to cross even though there may be moving cars because that's what the belief is. And while that may be true ...

PLUMLEY: ... crossing in a marked crosswalk may grant a pedestrian the right of way, but in the interest of self-preservation, a pedestrian must recognize that a motorist failing to yield could result in serious injury or death to the pedestrian.

## D. Dubreuil testimony that staff were moving vehicles

DUBRIEL: [02:41:38] So he is just walking across the crosswalk and as you can see in the picture there are vehicles me I am facing forward so I am not paying attention to the crosswalk.

DUBRIEL: [02:41:56] ... I was in fact moving vehicles. ... the vehicles looked to me as to when to go and not to go. He continued to walk as the truck was coming forward.