# NEW HAMPSHIRE STATE BOARD OF EDUCATION
# SB-FY-26-05-022

## APPELLANT'S EXHIBIT SBE-53

## Selected Transcript Excerpts - Attorney Gorrow School Board Representation / Board Neutrality

Selected excerpts from Appellant's working transcript of the May 14, 2026 local hearing. The complete local-hearing recording is separately designated as SBE-47.

**Limited Purpose:** Offered only as to non-privileged procedural role, counsel-role confusion, School Board representation/advice, neutrality, and prejudice.

### A. End-of-hearing identification of Attorney Gorrow as the Board's attorney

LOIACONO: [07:31:10] ... we will deliberate on this hearing ... do we need to post that this meeting is continued to next week at some point?

GORROW: You could continue it to a date soon if we choose a date now.

BARTON: [07:31:29] Are you [Gorrow] being paid to advise the board?

BUTEAU: [07:32:06] She's our attorney. Yeah.

BARTON: [07:32:06] So yes.

### B. Appellant neutrality objection concerning counsel role and advice to the presiding officer

BARTON: [00:09:40] ... Attorney Diane Gorrow, who you said, I guess she was advising you, which being paid by the district and advising you in your capacity as whatever it was, it creates another bias on neutral role ...

BARTON: [00:11:04] ... you specifically tell me to speak to her because she's the one that advised you that I don't deserve a due process hearing. ...

### C. Local-hearing statement identifying counsel in the proceeding

LOIACONO: [00:07:46] ... The legal representative for the district administration is attorney Diane Gorrow. ...

Note: Appellant does not offer this exhibit to obtain privileged communications. Appellant offers it to show the non-privileged role-confusion issue: Attorney Gorrow presented the case, advised on procedure, and was later identified by a School Board member as "our attorney."